Printed: 07/30/10 11:28 AM                                                                      Page: 1

# Claims Distribution Small Checks

**Case:** 07-60302 - MARTIN, LARRY L.
**Trustee:** DOUGLAS J. WOLINSKY (650017)

| Account No. | Check No. | Issued | | | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Filed | Priority | Claimant | | | | |
| 80000565050166 | 108 | 07/28/10 | | | | | | | |
| | | 1 | 02/08/06 | 610 | Payee: United States Bankruptcy Court, Northern NORTH COUNTRY PRECISION MED. IMAGING CENTRAL SERVICE BUREAU PO BOX 549 MASSENA, NY 13662 | 27.49 | 27.49 | 0.60 | 0.60 |

Check Amount: $0.60

(*) Denotes objection to Amount Filed

FILED
AUG - 2 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RECEIVED
AUG - 2 2010
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

received $.60

Receipt # 61000391